No. 788. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY *v.* MARION WIGGINS, INDIVIDUALLY AND AS EXECUTRIX AND TRUSTEE UNDER THE WILL OF W. B. WIGGINS, DECEASED. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles H. Carey, James B. Kerr,* and *Charles A. Hart* for petitioner. *Mr. Arthur C. Spencer* for respondent.

No. 789. HAGOP BOGIGIAN *v.* HENRY F. LONG, COMMISSIONER OF CORPORATIONS AND TAXATION; and

No. 790. HELEN J. C. BOGIGIAN *v.* HENRY F. LONG, COMMISSIONER OF CORPORATIONS AND TAXATION. February 21, 1927. Petition for writs of certiorari to the Superior Court of Suffolk County, State of Massachusetts, denied. *Messrs. Hagop Bogigian, pro se, W. B. Grant, Henry E. Whittemore,* and *Helen J. C. Bogigian, pro se,* for petitioners. No appearance for respondent.